UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS JR,

                Plaintiff,

  v.

STEVE SCALISE,

                Defendant.

Case No. 2:23-cv-00040-BJR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, to which Plaintiff has not objected, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's application to proceed *in forma pauperis* is DENIED and his 42 U.S.C. § 1983 action dismissed without prejudice; and

(3)   The Clerk is instructed to send a copy of this Order to Plaintiff.

Dated this 24th day of February, 2023

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1